UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DANIEL COBBLE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV620-106 |
| | ) | |
| COMMISSIONER OF GEORGIA DEPT OF CORR., U.S. BOP, U.S. AG, U.S. MARSHALS, U.S. GOVERNMENT, and WARDEN TREVONZO BOBBITT, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) of August 2, 2021, doc. 13, to which objections have been filed, doc. 15. Accordingly, the R&R is **ADOPTED**, the objections are **OVERRULED**, and the petition is **DISMISSED**. Doc. 1.

To ensure compliance with 28 U.S.C. § 2244, which allows second or successive federal habeas petitions only with prior approval from the Eleventh Circuit, the Magistrate Judge recommended that the Court require petitioner to provide information about his litigation history with any future habeas petition he files. Doc. 13 at 5-7. Petitioner is **DIRECTED** that, when filing any habeas petition in this District Court, he must submit a complete list of all of his prior cases before this or any other court, including for each case every involved party, the considering court, the docket number, and every asserted claim. The list must include the following language:

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date)." *See* 28 U.S.C. § 1746.

**ORDER ENTERED** at Augusta, Georgia, this ___10th___ day of May, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA